# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**NICKARLOS A. BANKS**  **PLAINTIFF**
**ADC #154527**

v.  CASE NO. 5:18-CV-00293 BSM

**WENDY KELLEY, et al.**  **DEFENDANTS**

## ORDER

After a *de novo* review of the record, including plaintiff Nickarlos A. Banks's objections [Doc. No. 22], United States Magistrate Judge Beth Deere's findings and recommendations [Doc. No. 16] are adopted. Banks's access to the courts and retaliation claims are dismissed without prejudice, and his motion for a preliminary injunction is denied. Defendants Straughn, Gibson, Linsy, Shipman, Washington, and Moore are dismissed without prejudice from this case.

IT IS SO ORDERED this 28th day of February 2019.

_____
UNITED STATES DISTRICT JUDGE