IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NICKARLOS A. BANKS,                                                PLAINTIFF
ADC #106872

v.                  CASE NO. 5:18-CV-00293 BSM

WENDY KELLEY, et al.                                          DEFENDANTS

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's partial recommended disposition [Doc. No. 33] is adopted, and the Doe defendants are dismissed without prejudice.

IT IS SO ORDERED this 18th day of September 2019.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE