IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NICKARLOS A. BANKS,   PLAINTIFF
ADC #106872

v.   CASE NO. 5:18-CV-00293 BSM

WENDY KELLEY, et al.   DEFENDANTS

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's partial recommended disposition [Doc. No. 41] is adopted, and Nickarlos Banks's motion for class certification [Doc. No. 38] is denied.

IT IS SO ORDERED this 23rd day of March 2020.

_____
UNITED STATES DISTRICT JUDGE