# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**NICKARLOS A. BANKS,**                                                      **PLAINTIFF**
**ADC #106872**

**v.**                        **CASE NO. 5:18-CV-00293 BSM**

**WENDY KELLEY,** *et al.*                                              **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 77] is adopted, Wendy Kelley's motion for summary judgment [Doc. No. 67] is granted, and Nickarlos Banks's complaint is dismissed with prejudice.

IT IS SO ORDERED this 13th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE