IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**NICKARLOS A. BANKS,**                                                                                    **PLAINTIFF**
**ADC #106872**

v.                              CASE NO. 5:18-CV-00293 BSM

**WENDY KELLEY,** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE